1     LAW OFFICES OF
2     **REINER, SIMPSON**
    **& SLAUGHTER**
3     2851 Park Marina Drive, Suite 200
    Post Office Box 494940
    Redding, CA  96049-4940
4     (530) 241-1905
    FAX (530) 241-0622
5
    Russell Reiner, State Bar No. 84461
6     Robert G. Simpson, State Bar No. 07556
    Todd E. Slaughter, State Bar No. 87755
7
    TAB TURNER
    **TURNER & ASSOCIATES, P.A.**
8     4705 Somers, Suite 100
    NORTH LITTLE ROCK, AR 72116
9     (501) 791-2277

10    Attorneys for Plaintiff

11               **UNITED STATES DISTRICT COURT**

12             **CENTRAL DISTRICT OF CALIFORNIA**

13

14 GINA SANTANGELO and ██      CASE NO: CV-2:01-04210 CAS (MANx)
     ██████, a minor, by and thorugh his
15 guardian PAUL BOISCLAIR,
                    **Honorable Judge Christina A. Snyder**
16               Plaintiffs,    **Magistrate Judge Margaret A. Nagle**
                    **Courtroom 5 - 2nd Floor**
17 vs.

18 BRIDGESTONE/FIRESTONE, INC.;    **JUDGMENT FOR DISMISSAL**
    BRIDGESTONE CORPORATION; FORD    Complaint filed:  May 2, 2001
19 MOTOR COMPANY;

20               Defendants.
                          /
21

22        Pursuant to the Stipulation to Dismiss Action entered by Plaintiff ██████, a

23 minor, by and through his guardian ad litem Paul Boisclair, wherein said Plaintiff agreed to

24 dismiss his action against Defendant Bridgestone/Firestone, Inc., its successor and assign

25 BRIDGESTONE AMERICAS TIRE OPERATIONS, LLC, f/k/a/Bridgestone Firestone

26 North American Tire, LLC (the "Firestone/Bridgestone defendants"), with prejudice, each

27 party to bear their own costs; and, pursuant to the ruling of the Honorable Sarah Evan

28 Barker, Judge of the Southern District Court of Indiana, MDL Case No. 1373, that the

                              JUDGMENT FOR DISMISSAL
                                  1

1   action of Plaintiff Gina Santangelo against the Firestone/Bridgestone defendants is barred as

2   a matter of law based upon the statute of limitations.

3       Judgment is hereby entered for defendants.

4

5

6   Dated: _Sept. 21_, 2010

7       _christina a. Snyder_

8       CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

9

10

11

12

13

14

15  Approved as to form:

16  Dated: September 9, 2010          LARSON, GARRICK & LIGHTFOOT, LLP

17

18                                    By: _____

19                                        ARNOLD D. LARSON
                                          Attorney for Defendants

20

21

22

23

24

25

26

27

28

JUDGMENT FOR DISMISSAL
2